TDCJ Offender Details       79925-03       Page 1 of 2

★ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
| --- |

| | |
| --- | --- |
| **SID Number:** | 07279870 |
| **TDCJ Number:** | 01521900 |
| **Name:** | GARCIA,ANDY MILTON |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1990-02-12 |
| **Maximum Sentence Date:** | 2028-03-04 |
| **Current Facility:** | BETO |
| **Projected Release Date:** | 2028-03-04 |
| **Parole Eligibility Date:** | 2018-03-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day
on visitation days. **Because this information is subject to change, family members and
friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
| --- | --- |
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
| --- |

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
| --- | --- | --- | --- | --- | --- |
| 2007-12-05 | AGG ROBBERY D/W | 2008-08-08 | DALLAS | F-07-59914-R | 20-00-00 |